■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SENTWALI LAVISCOUNT, Also Known as LAVISCOUNT SENTWALI, Appellant. [869 NYS2d 792]

The defendant's contention that the evidence was legally insufficient to support his conviction of robbery in the third degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Andolina,* 23 AD3d 573 [2005]; *People v Ross,* 180 AD2d 698 [1992]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish beyond a reasonable doubt that the defendant forcibly stole property from the complainant (*see* Penal Law § 160.05; *People v Cusimano,* 48 AD3d 475 [2008]; *People v Andolina,* 23 AD3d 573 [2005]; *People v Cannon,* 1 AD3d 606 [2003]). Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633, 644-645 [2006]).

The defendant's remaining contention is unpreserved for appellate review (*see* CPL 470.05 [2]) and, in any event, is without merit (*see* CPL 310.30; *People v Adames,* 42 AD3d 328, 329 [2007]). Skelos, J.P., Santucci, McCarthy and Dickerson, JJ., concur.